UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHRISTOPHER LEE** | **CIVIL ACTION NO. 2:23-CV-00974** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TRAVELERS PROPERTY CASUALTY CO OF AMERICA ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above captioned suit has settled,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 3rd day of April, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**